# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ERIC CARTER**  **PLAINTIFF**
**ADC # 129514**

v.  **CASE NO. 1:18-CV-00076-BSM**

**JAMES HUDDLESTON,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's proposed findings and recommendations [Doc. No. 60] is adopted and defendants' motion for summary judgment [Doc. No. 46] is granted. This case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE