IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**ERIC CARTER**                                                                                       **PLAINTIFF**
ADC # 129514

v.                      **CASE NO. 1:18-CV-00076-BSM**

**JAMES HUDDLESTON,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE